COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:      01-12-00885-CV

Trial Court Cause
Number:      1030221

Style:      Romie Neal

     **v** Seyed M. Hejazi and Seyed P. Hajazi

Date motion filed[*]:      January 16, 2013

Type of motion:      Motion to extend time to file notice of appeal

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:
     Date Requested:

Ordered that motion is:

     ☐   Granted

         If document is to be filed, document due:

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☒   Denied

     ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐   Other: _____

Judge's signature: /s/ Evelyn V. Keyes
         ☒ Acting individually     ☐ Acting for the Court

Panel consists of

Date:   March 18, 2013